UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TROY EMANUEL, JR., <br><br> Plaintiff <br><br> v. <br><br> WARDEN BACA, *et al.*, <br><br> Defendants | Case No. 3:20-cv-00392-JAD-WGC <br><br> **ORDER** |

**I.   DISCUSSION**

On June 26, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and a Financial Certificate. (ECF Nos. 1-1, 1-2). Plaintiff has neither paid the full $400 filing fee for this matter nor filed an application to proceed *in forma pauperis* with complete financial attachments.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $400 filing fee. To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Plaintiff a **one-time** opportunity to file a fully complete application to proceed *in forma pauperis* containing <u>all three</u> of the required documents, or in the alternative, pay the full $400 filing fee for this action on or before **August 28,**

1  **2020**. Absent unusual circumstances, the Court will not grant any further extensions of
2  time. If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis*
3  with all three required documents or pay the full $400 filing fee on or before **August 28,**
4  **2020**, the Court will dismiss this case without prejudice for Plaintiff to file a new case with
5  the Court when Plaintiff is either able to acquire all three of the documents needed to file
6  a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee.

7      To clarify, a dismissal without prejudice means Plaintiff does not give up the right
8  to refile the case with the Court, under a new case number, when Plaintiff has all three
9  documents needed to submit with an application to proceed *in forma pauperis*.
10 Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis*
11 and instead pay the full filing fee of $400 on or before **August 28, 2020** to proceed with
12 this case. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the
13 Court will not file the complaint unless and until Plaintiff timely files a fully complete
14 application to proceed *in forma pauperis* with all three documents or pays the full $400
15 filing fee.

16 **II.    CONCLUSION**

17     For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send
18 Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well
19 as the document entitled information and instructions for filing an *in forma pauperis*
20 application.

21     IT IS FURTHER ORDERED that on or before **August 28, 2020**, Plaintiff will either
22 pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50
23 administrative fee) or file with the Court:

24     (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this
25     Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two
26     signatures on page 3),

27     (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail
28     official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before **August 28, 2020**, the Court will dismiss this action without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $400 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No.1-1) but will not file it at this time.

DATED: June 29, 2020

William G. Cobb
UNITED STATES MAGISTRATE JUDGE