1 AARON D. FORD
  Attorney General
2 LAURA M. GINN, Bar No. 8085
  Deputy Attorney General
3 State of Nevada
100 N. Carson Street
4 Carson City, Nevada 89701-4717
Tel: (775) 684-1120
5 E-mail: lginn@ag.nv.gov

6 *Attorneys for Defendants,*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY EMANUEL, JR., | Case No. 3:20-cv-00392-JAD-WGC |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT STIPULATION AND PROPOSED ORDER FOR DISMISSAL** |
| BACA, et al., | |
| Defendants | |

Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Laura M. Ginn, Deputy Attorney General, hereby file this Motion for Extension of Time to file Settlement Stipulation and Proposed Order for Dismissal as Ordered by this Court in ECF No. 12. This Motion is based on Federal Rule of Civil Procedure 6(b)(1), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants respectfully requests this short extension to file the Stipulation and Proposed Order as Plaintiff Troy Emanuel, Jr. (Emanuel) has yet to respond to counsel's requests for a signature. The Stipulation and Proposed Order were sent to Emanuel on December 7, 2021 and December 29, 2021. Defendants thus request a short extension to file either a stipulation of dismissal or motion to enforce the settlement agreement.

/ / /

1

Federal Rule of Civil Procedure 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Good cause exists to extend the time to file the Stipulation and Proposed Order to give Emanuel additional time to review, sign, and return the Stipulation and Proposed Order.

For the above reasons, Defendants respectfully requests an extension to file the Stipulation and Proposed Order with a new deadline to and including **January 27, 2022**.

DATED this 29th day of December, 2021.

AARON D. FORD
Attorney General

By: /s/*Laura M. Ginn*
LAURA M. GINN, Bar No. 8085
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: January 3, 2022.

_____
UNITED STATES MAGISTRATE JUDGE