AARON D. FORD
　Attorney General
LAURA M. GINN, Bar No. 8085
　Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: lginn@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY EMANUEL, JR.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BACA, et al.,<br><br>　　　　　　Defendants | Case No. 3:20-cv-00392-JAD-WGC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF<br>TIME TO FILE SETTLEMENT<br>STIPULATION AND PROPOSED<br>ORDER FOR DISMISSAL<br>[SECOND REQUEST]** |

　　　　Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Laura M. Ginn, Deputy Attorney General, hereby file this Motion for Extension of Time to file Settlement Stipulation and Proposed Order for Dismissal as Ordered by this Court in ECF No. 12. This Motion is based on Federal Rule of Civil Procedure 6(b)(1), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

　　　　Defendants respectfully request an extension to file the Stipulation and Proposed Order because Plaintiff Troy Emanuel, Jr. (Emanuel) has yet to respond to counsel's requests for a signature. The Stipulation and Proposed Order were sent to Emanuel on December 7, 2021, December 29, 2021, and January 21, 2022. This Court, on January 3, 2022, granted Defendants an extension to January 27, 2022 to file the Stipulation and Proposed Order. ECF No. 14. Defendants, thus, request another 30-day extension to file

1

either a stipulation of dismissal pursuant to this Court's order (ECF No. 12) or a motion to enforce the settlement agreement.

Federal Rule of Civil Procedure 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

This is Defendants' second request for an extension. Good cause exists to extend the time to file the Stipulation and Proposed Order to give Defendants time to order the transcript of the Early Mediation Conference for their Motion to Enforce or, alternatively, to provide Emanuel additional time to review, sign, and return the Stipulation and Proposed Order.

For the above reasons, Defendants respectfully request an extension to file the Stipulation and Proposed Order on or before **February 28, 2022**.

DATED this 27th day of January, 2022.

AARON D. FORD
Attorney General

By:  /s/ *Laura M. Ginn*
LAURA M. GINN, Bar No. 8085
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: January 28, 2022.

C S ☒

_____
UNITED STATES MAGISTRATE JUDGE