UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Troy Emanuel, Jr.,<br><br>    Plaintiff<br><br>v.<br><br>Baca, et al.,<br><br>    Defendants | Case No.: 3:20-cv-00392-JAD-CSD<br><br>**Order Adopting Report and Recommendation and Granting Motion to Enforce Settlement**<br><br>[ECF Nos. 20, 21] |

The parties to this inmate civil-rights action entered into a binding settlement agreement during a November 30, 2021, mediation session. When Plaintiff Troy Emanuel, Jr. failed to sign the settlement documents by the scheduled December 30, 2021, deadline, the defendants filed a motion to enforce the settlement.[1] Emanuel did not respond to that motion or seek to extend his deadline to do so. The magistrate judge has evaluated the merits of that unopposed motion, found that the settlement agreement is binding, and recommends that I grant the motion, enforce the terms of the settlement, and dismiss this action with prejudice.[2] The deadline for any party to object to that recommendation was April 11, 2022, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

---

[1] ECF No. 20.

[2] ECF No. 21.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 21] is ADOPTED** in its entirety and the Motion to Enforce the Settlement Agreement **[ECF No. 20] is GRANTED. The court deems the settlement agreement enforceable** and effectuates its terms by **DISMISSING this case with prejudice** and ordering that the parties are bound by the agreement. The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 12, 2022